CHRISTINE FIERRO, # 191660
RICHARD A. EGGERTH, # 99625
MORALES FIERRO & REEVES
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, CA 94523
Telephone: (925) 288-1776
Facsimile: (925) 288-1856

Attorneys for Plaintiff
NORTHERN INSURANCE
COMPANY OF NEW YORK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK,<br><br>             Plaintiff,<br><br>     vs.<br><br>FIRST SPECIALTY INSURANCE CORPORATION,<br><br>             Defendant. | CASE NO.: 2:09-CV-01317-JAM-JFM<br><br>**NOTICE OF SETTLEMENT OF NORTHERN INSURANCE COMPANY OF NEW YORK AND FIRST SPECIALTY INSURANCE CORPORATION, AND STIPULATION AND ORDER FOR DEADLINE TO FILE FINAL DISPOSITIONAL DOCUMENTS** |

Plaintiff Northern Insurance Company of New York and Defendant First Specialty Insurance Corporation have reached a settlement-in-principle of this action, and are now in the process of preparing and finalizing the settlement documents. Pursuant to Eastern District Local Rule 160, and in order to allow time around summer vacation schedules to fully and finally memorialize and document the agreement, which will completely resolve this action, the parties stipulate that good cause exists to extend the time for filing the final dispositional documents with

---

this Court from the 21 days suggested in Local Rule 160 to 60 days from the date this stipulation is signed as an order.

IT IS SO STIPULATED.

DATED: July 7, 2010         MORALES FIERRO & REEVES

By: /s/ Christine M. Fierro
    Christine M. Fierro
Attorneys for Plaintiff
NORTHERN INSURANCE COMPANY OF NEW YORK

DATED: July 7, 2010         CRESSWELL, ECHEGUREN RODGERS & NOBLE

By: /s/ Ronald A. Echegerun
    Ronald A. Echegerun
Attorneys for Defendant
FIRST SPECIALTY INSURANCE CORPORATION

**ORDER**

IT IS SO ORDERED, that good cause exists for the final dispositional documents in this matter to be filed no later than September 10, 2010. All pending dates in this matter are ordered vacated.

DATED: July 8, 2010

/s/ John A. Mendez
John A Mendez
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com