CHRISTINE FIERRO, # 191660
RICHARD A. EGGERTH, # 99625
MORALES FIERRO & REEVES
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, CA 94523
Telephone: (925) 288-1776
Facsimile: (925) 288-1856

Attorneys for Plaintiff
NORTHERN INSURANCE
COMPANY OF NEW YORK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK,<br><br>             Plaintiff,<br><br>     vs.<br><br>FIRST SPECIALTY INSURANCE CORPORATION,<br><br>             Defendant. | CASE NO.: 2:09-CV-01317-JAM-JFM<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |

1

STIPULATION AND ORDER
FOR DISMISSAL OF ACTION

CASE NO.: 2:09-cv-01317-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff Northern Insurance Company of New York and Defendant First Specialty Insurance Corporation recite and stipulate as follows:

IT IS HEREBY AGREED between the parties, through their counsel of record, that this action filed by Northern Insurance Company of New York be dismissed with prejudice in its entirety, each party to bear its own costs.

IT IS SO STIPULATED.

DATED:  August 2, 2010                          MORALES FIERRO & REEVES

                                                  By: /s/ Christine M. Fierro
                                                     Christine M. Fierro
Attorneys for Plaintiff
NORTHERN INSURANCE COMPANY OF NEW YORK

DATED:  August 2, 2010                          CRESSWELL, ECHEGUREN RODGERS & NOBLE

By: /s/ Ronald A. Echegerun
     Ronald A. Echegerun
Attorneys for Defendant
FIRST SPECIALTY INSURANCE CORPORATION

**ORDER**

IT IS SO ORDERED.

DATED:   August 3, 2010

                          /s/ John A. Mendez
                          John A Mendez
                          United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com